JUNE B. FITZWILLIAM, PLAINTIFF-PETITIONER, v. JAMES W. FITZWILLIAM, DEFENDANT-RESPONDENT.

*Messrs. Fast & Fast* for the petitioner.

*Messrs. Sachar, Sachar & Bernstein* for the respondent.

September 15, 1969. Denied.

ANNA PREVOST, *ETC.*, PLAINTIFF-PETITIONER, v. CITY OF BAYONNE, DEFENDANT-RESPONDENT, AND ROBERT HEALY, *ET AL.*, DEFENDANTS.

*Mr. Hyman Tobin* and *Mr. Michael N. Tobin* for the petitioner.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. Joseph T. Ryan* for the respondent.

September 15, 1969. Denied.

SIDNEY FLORIO, PLAINTIFF-PETITIONER, v. JOHNS-MANVILLE PRODUCTS CORP., DEFENDANT-RESPONDENT.

*Messrs. Goldstein & Albert* for the petitioners.

*Messrs. Wharton, Stewart & Davis* and *Mrs. Joan L. Mott* for the respondent.

September 15, 1969. Denied.